Certificate Number: 15317-PAE-DE-035368728

Bankruptcy Case Number: 17-12032



15317-PAE-DE-035368728

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2021, at 12:14 o'clock PM PST, Fonte Evonne Thomas completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 15, 2021              By:    /s/Janice Morla

                                      Name:  Janice Morla

                                      Title: Counselor