**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Fonte Thomas                              CHAPTER 13

       DEBTOR(S)                               BANKRUPTCY NO: 17-12032

<u>**CERTIFICATION OF NO RESPONSE**</u>

      I, the undersigned, certify that, having served or caused to be served, a copy of the
Notice, Application and Proposed Order on <u>March 19, 2021</u>, as shown in the Certification of
Service filed in this matter, that more than 20 days have passed and that I have received no
response, either oral or written, as of this date to Debtor Attorney's Application for Compensation
and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated:  April 8, 2021                              Margolis Edelstein
                                            <u>/s/ Margolis Edelstein</u>
                                            100 Century Parkway, Suite 200
                                            Mt. Laurel, NJ 08054