United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12032-mdc |
| Fonte Evonne Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fonte Evonne Thomas, 1701 W Colonial Street, Philadelphia, PA 19126-3415 |
| 13888555 | + | Abington Health, Abington Hospital-Pt Pay, PO BOX 826580, Philadelphia, PA 19182-6580 |
| 13906478 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13888556 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13933655 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13888558 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13888559 | | Best Buy, Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14574990 | + | COMMUNITY LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13932057 | + | Delaware Valley Anes, PO Box 4640, Rutherford, NJ 07070-0464 |
| 13932056 | | FSA of Huntington Valley LLC, 1800 Byberry Rd., Ste 1010, Huntingdon Valley Pa 19006-3522 |
| 13888570 | + | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 13888571 | + | Furniturebar, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13933928 | #+ | Lisa Cancanon,, Weinstein & Riley, P.S., c/o Federal Saving Bank, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 13951699 | | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13888572 | + | Ocwen Loan Servicing, Llc, Attn: Research Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 13888575 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14304360 | + | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, 1MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL, NJ 08054-4637 |
| 14411026 | + | PHH MORTGAGE CORPORATION, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 13888583 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 13888584 | + | Trumark Financial Cu, 1000 Northbrook Dr, Trevose, PA 19053-8430 |
| 13888585 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 13888586 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 13953547 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14170022 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13888589 | + | Wyncote Family Medicine, 1200 Old York Rd, Abington, PA 19001-3720 |
| 14072619 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 17-12032-mdc   Doc 72   Filed 05/20/21   Entered 05/21/21 00:56:34   Desc Imaged
                          Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 67 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14430341 | + | Email/Text: BKMailBayview@bayviewloanservicing.com May 19 2021 01:49:00 | | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 13978398 | | Email/Text: megan.harper@phila.gov May 19 2021 01:59:00 | | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13961320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 19 2021 01:49:00 | | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13888560 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2021 01:53:12 | | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13888562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com May 19 2021 01:55:07 | | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13888563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com May 19 2021 01:53:24 | | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13888564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com May 19 2021 01:55:08 | | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13888565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 19 2021 01:49:00 | | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13888566 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 19 2021 01:49:00 | | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13888567 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 19 2021 01:49:00 | | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 13888568 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 19 2021 01:49:00 | | Comenitycapital/overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14552791 | + | Email/Text: BKMailBayview@bayviewloanservicing.com May 19 2021 01:49:00 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 13888569 | + | Email/Text: bankruptcy_notifications@ccsusa.com May 19 2021 02:00:00 | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 13888587 | | Email/PDF: Citi.BNC.Correspondence@citi.com May 19 2021 01:55:10 | | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13959874 | | Email/Text: bnc-quantum@quantum3group.com May 19 2021 01:49:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13888561 | | Email/PDF: ais.chase.ebn@americaninfosource.com May 19 2021 01:53:10 | | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 13940899 | | Email/PDF: resurgentbknotifications@resurgent.com May 19 2021 01:51:32 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13953711 | + | Email/Text: bankruptcydpt@mcmcg.com May 19 2021 01:58:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13962620 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2021 01:55:05 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13888871 | + | Email/PDF: rmscedi@recoverycorp.com May 19 2021 01:55:06 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13888573 | | Email/PDF: gecsedi@recoverycorp.com May 19 2021 01:51:20 | | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 13888574 | + | Email/Text: bankruptcygroup@peco-energy.com May 19 2021 01:49:00 | | Peco, PO Box 13439, Philadelphia, PA |

Case 17-12032-mdc   Doc 72   Filed 05/20/21   Entered 05/21/21 00:56:34   Desc Imaged
                             Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-3439 |
| 13928629 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14215981 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13888576 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 13888577 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Syncb/Ashley Homestore, Po Box 965064, Orlando, FL 32896-5064 |
| 13888578 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:07 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 13964823 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13888579 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13888580 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13888581 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13888582 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:21 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13923679 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13933217 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 13923167 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave Suite 400, Seattle, WA 98121-3132 |
| 13902566 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | USAA SAVINGS BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13932782 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:51:41 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13888588 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 13888557 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 67 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Fonte Evonne Thomas jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| JAMES P. SHAY | on behalf of Creditor Ocwen Loan Servicing  LLC james.shay@phelanhallinan.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com |
| JODI L. HAUSE | on behalf of Creditor FREDDIE MAC jodi.hause@phelanhallinan.com  paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com |
| LISA CANCANON | on behalf of Creditor USAA Federal Savings Bank LisaC@w-legal.com  Llombardi06@law.du.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| SHERRI J. SMITH | on behalf of Creditor PHH MORTGAGE CORPORATION ssmith@pincuslaw.com  pa.bkecf@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Fonte Evonne Thomas
    Debtor(s)　　　　　　　　　　　　　　　　Bankruptcy No: 17−12032−mdc
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 5/18/21

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　71 − 70
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new