United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12032-mdc |
| Fonte Evonne Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

**Recip ID        Recipient Name and Address**
db            + Fonte Evonne Thomas, 1701 W Colonial Street, Philadelphia, PA 19126-3415

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021                         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

**Name**                **Email Address**

GEORGETTE MILLER
  on behalf of Debtor Fonte Evonne Thomas jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

JAMES P. SHAY
  on behalf of Creditor Ocwen Loan Servicing  LLC james.shay@phelanhallinan.com

JEROME B. BLANK
  on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com

JODI L. HAUSE
  on behalf of Creditor FREDDIE MAC jodi.hause@phelanhallinan.com  paeb@fedphe.com

JOSEPH ANGEO DESSOYE
  on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com

LISA CANCANON

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 25, 2021 | Form ID: 195 | Total Noticed: 1

on behalf of Creditor USAA Federal Savings Bank LisaC@w-legal.com  Llombardi06@law.du.edu

REBECCA ANN SOLARZ
   on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com

SHERRI J. SMITH
   on behalf of Creditor PHH MORTGAGE CORPORATION ssmith@pincuslaw.com  pa.bkecf@fedphe.com

THOMAS YOUNG.HAE SONG
   on behalf of Creditor Ocwen Loan Servicing  LLC paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Fonte Evonne Thomas : Case No. 17−12032−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 25, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

74
Form 195